**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
Robert P. Lesko
Karen D. Peck
33 Washington Street
Newark, New Jersey 07102
Tel: (973) 624-0800
Fax: (973) 624-0808

*Local Counsel:*
**COOLEY MANION JONES LLP**
Jason A. Cincilla (#4232)
Amaryah K. Bocchino (#4879)
1105 North Market Street, Suite 200
Wilmington, DE 19801
Phone: (302) 657-2100
Fax: (302) 657-2104

*Attorneys for Movants,*
*American General Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY | Misc. No. 11-cv-1057 |
| Plaintiff, |  |
|  | (Case Pending in the District of Delaware) |
| vs. | (Civil Action No: 1:09-cv-00434-GMS) |
| STANLEY MANN, THE STANLEY MANN 2007 INSURANCE TRUST, CHRISTIANA BANK & TRUST CO., as Trustee, and JOHN DOES 1-10, | **NOTICE OF MOTION TO SEAL CERTAIN DOCUMENTS** |
| Defendants. |  |

TO:   William T. Walsh, Clerk
      United States District Court
      50 Walnut Street
      Newark, NJ 07101

      Andre G. Castaybert, Esq.
      Levi Lubarsky & Feigenbaum LLP

1132838.1

1185 Avenue of the Americas
17th Floor
New York, NY 1036

Elise Yablonski, Esq.
Marc Rosenthal, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

**PLEASE TAKE NOTICE** that on March 21, 2011, the undersigned attorneys for plaintiff, American General Life Insurance Company ("American General") shall move before this Court for an **Order to Seal Exhibit A; and Exhibits C through F; and Exhibit I** to American General's Motion to Compel Ravi Dattatreya's compliance with a subpoena.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys will rely upon this Notice of Motion, Certification of Robert P. Lesko in Support of Motion, and proposed Form of Order in support thereof.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument in the event of opposition.

      **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

       *s/ Karen D. Peck*
      Karen D. Peck

Dated:   February 25, 2010

1132838.1