

**FORMAN HOLT ELIADES & RAVIN LLC**
ATTORNEYS AT LAW

Charles M. Forman\*\*
Michael E. Holt\*\*
Daniel M. Eliades\*
Stephen B. Ravin\*\*
Erin J. Kennedy\*\*\*
Joseph M. Cerra\*\*
Kim R. Lynch\*\*
William L. Waldman\*\*
David S. Catuogno\*\*\*
Harry M. Gutfleish\*\*
Michelle Rosen Silverman\*\*
Kimberly J. Salomon\*\*
Robert H. Johnson\*\*\*
Dipesh Patel\*\*
Constance N. DeSena\*\*
Matteo Percontino\*\*

OF COUNSEL
Michael J. Connolly\*\*\*
William A. Calandra\*

MEMBER NJ & PA BAR·
MEMBER NJ & NY BAR··
MEMBER NJ BAR···

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

March 4, 2011

**BY ECF**
William T. Walsh, Clerk
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: **American General Life Insurance Company v. Stanley Mann, et als.**
**Civil Docket No. 11-cv-1057-PGS-ES**

Dear Mr. Walsh:

Our firm represents Ravi Dattatreya in connection with the motion filed by American General Life Insurance Company to compel Mr. Dattatreya's compliance with a subpoena [Docket Number 1], currently returnable on March 21, 2011.

In accordance with Local Civil Rule 7.1(d)(5), Mr. Dattatreya invokes an automatic extension of the motion day until April 4, 2011, which is the next available motion day in accordance with Local Civil Rule 78.1.

Notwithstanding the foregoing, Mr. Dattatreya reserves his right to argue that the motion has not been properly served.

By copy of this letter, all parties to the motion are being advised of the automatic extension.

Respectfully submitted,

Harry M. Gutfleish

HMG:dak
cc by email and regular mail:
    Andre G. Castaybert, Esq.
    Elise A Yablonski, Esq.
    Karen D. Peck, Esq.